```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VIVIANA M. RICARDO                                          :
                                                            :     24-CV-1482 (RWL)
                              Plaintiff,                    :
                                                            :
              - against -                                   :     ORDER
                                                            :
JOSE RODRIGUEZ ORTIZ and LIAM J.                            :
TRANSPORT, LLC,                                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Pursuant to the case management plan and scheduling order issued April 30, 2024, the parties are to submit joint status reports every 90 days. However, no status report appears on the docket. Accordingly, the parties are directed to file a joint status report by September 12, 2024.

                                                        SO ORDERED.

                                                        _____
                                                        ROBERT W. LEHRBURGER
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2024
       New York, New York

Copies transmitted this date to all counsel of record.